# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

July 1, 2020

Before:
DIANE P. WOOD, Chief Judge
DIANE S. SYKES, Circuit Judge
AMY J. ST. EVE, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 18-3000 | ROMUALD TYBURSKI, Plaintiff - Appellant  v.  CITY OF CHICAGO, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-09228  Northern District of Illinois, Eastern Division  District Judge John Z. Lee ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)